UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HAWKINS,

Plaintiff,

v.

DYLAN LARSON, et al.,

Defendants.

Case No. 26-cv-03430-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Pelican Bay State Prison ("PBSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has sued the State of California, Wasco State Prison ("WSP"), WSP inmate Dylan Larsen, and WSP warden Shirley Heathers, regarding an April 6, 2023 incident, where inmate Larsen allegedly assaulted Plaintiff while Plaintiff was housed at Wasco State Prison. The events or omissions giving rise to Plaintiff's claim(s) occurred at Wasco State Prison, which is located in Wasco, California, and the named defendants are located in Wasco, California. Wasco is located in Kern County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 5/22/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge